IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:07CR145 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **NATHANIEL CYPRIAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon the Court's receipt of a properly completed subpoena,

IT IS ORDERED:

1. The Defendant's second motion for issuance of a subpoena duces tecum (Filing No. 59) is granted;

2. The Clerk is directed to process the subpoena; the original of which shall be provided to the United States Marshal, and a copy of which shall be provided to counsel; and

3. The Marshal is directed to promptly serve the subpoena.

Dated this 18th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge